IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Civil Action No. 22-cv-00437-RM-JPO

MAKAYLA HARRIS, et al., individually and on behalf of others similarly situated,

    Plaintiffs,

v.

STARTEK USA, INC.,

    Defendant.

___

### ORDER GRANTING FINAL APPROVAL OF SETTLEMENT
___

    Before the Court are Plaintiffs' Motions for Final Approval of Settlement (ECF No. 127) and Attorney Fees (ECF No. 128). Having considered the papers filed in support of the Motions, the arguments of counsel, and the law, the Court now enters this Order and FINDS, CONCLUDES, and ORDERS as follows:

    1.    The Court has jurisdiction over the subject matter of this litigation and over all parties to this action, including the Settlement Class Members, as such term is defined in the Settlement Agreement.[1]

    2.    The Court has determined that the Notice given to Class Members fully and accurately informed Class Members of all material elements of the proposed settlement, constituted valid, due, and sufficient notice to all Class Members, and satisfied the requirements of Fed. R. Civ. P. 23 and due process.

___

[1] All capitalized terms shall have the same meaning as defined in the Settlement Agreement. (ECF No. 127-2.)

3. All Class Members, except the three (3) Class Members who requested exclusion, are bound by the settlement, including the releases contained in the Parties' Settlement Agreement.

4. The three (3) Class Members who requested exclusion from the Settlement by properly submitting request for exclusion form by the date set by the Court are not bound by the Settlement, have not released any claims, and will not obtain any monetary or other benefits of the Settlement.

5. No Class Members submitted any objections to the Settlement.

6. Sommers Schwartz, P.C., is appointed as Class Counsel.

7. The Named Plaintiffs are appointed as Class Representatives.

8. The following amounts shall be distributed by the Settlement Administrator from the Gross Settlement Amount:

   a. Attorney fees to be paid to Class Counsel in the amount of $833,333.33;

   b. Litigation expenses to be paid to Class Counsel in an amount not to exceed $55,000;

   c. Settlement administration fees to Atticus Administration, LLC, in an amount not to exceed $81,000; and

   d. Class Representative service awards to the Named Plaintiffs in the cumulative amount of $51,000, which shall be distributed as follows:

      i. $6,000 each to: Makayla Harris, Colleen Lewin, and Tiffany Williams; and

      ii. $1,500 each to: Daniel Colwill Mauch, Kristopher Flagg, Matthew Berg, Alicia Jenkins, Anissa Bates, Brittany Young, Kimberly Pitney, Dawn Badger, Paula Kemp, Rhonda Davis, Tiffany Patterson , Brittney Christian, Phanthasia King, Tauri Schuler-Bonner, Amelia Kurtz, Matthew Pavey, Rachel Dubose, Lexus Ransom, Claudine Miudo. Richard Dean, Stephanie St. George, and Sasha Ransey.

9. The Court grants final approval of the Settlement of this action in accordance with the terms of the parties' Settlement Agreement and finds that the Settlement is fair, reasonable, and adequate in all respects.

10. The Court hereby dismisses this action, and all claims and causes of action asserted therein, on the merits and with prejudice, as to Plaintiffs and all Class Members. This dismissal is without costs to any party, except as specifically provided in the Settlement Agreement.

11. Without affecting the finality of this Order in any way, the Court retains jurisdiction over: (a) implementation and enforcement of the Settlement Agreement, pursuant to further orders of the Court until each and every act agreed to be performed by the parties hereto shall have been performed pursuant to the Settlement Agreement; (b) any other action necessary to conclude this settlement and to implement the Settlement Agreement; and (c) the enforcement, construction, and interpretation of the Settlement Agreement.

12. This Order is not a finding of the validity or invalidity of any claims in this action or a determination of any wrongdoing by Defendant. The final approval of the Settlement Agreement does not constitute any opinion, position, or determination of this Court as to the merits of the claims and defenses of Defendant, Plaintiffs, or the Class Members.

13. The terms of the Settlement Agreement remain binding upon the parties thereto, who are directed to implement its provisions.

14. The Clerk is directed to enter FINAL JUDGMENT in accordance with the terms of the Settlement Agreement, the Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 124) entered on July 18, 2025, and this Order.

It is SO ORDERED.

DATED this 12th day of November, 2025.

BY THE COURT:

RAYMOND P. MOORE
Senior United States District Judge